PER CURIAM.
AFFIRMED. J.M. v. Fla. Dep’t of Children & Families, 38 So.3d 236 (Fla. *973 1st DCA 2010); K.J. v. Dep’t of Children & Families, 38 So.3d 88 (Fla. 1st DCA 2010); J.D. v. Dep’t of Children & Families, 825 So.2d 447 (Fla. 1st DCA 2002); but see R.P. v. Dep’t of Children & Families, 49 So.3d 339 (Fla. 5th DCA 2010); H.D. v. Dep’t of Children & Families, 964 So.2d 818 (Fla. 4th DCA 2007).
BENTON, C.J., WETHERELL, and RAY, JJ., concur.